ORIGINAL

RECEIVED
SEP 28 2007
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Principal Life Insurance Company and Principal Financial Group, Inc.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

07-706T

Name of the attorney of record (See RCFC 83.1(c)): Bruce Graves

Firm Name: Brown Winick Graves Gross Baskerville & Schoenebaum, PLC

Post Office Box:

Street Address: 666 Grand Avenue, Suite 2000

City-State-Zip: Des Moines, IA 50309-2510

Telephone & Facsimile Numbers: 515/242-2400 515/283-0231

Is the attorney of record admitted to the Court of Federal Claims Bar? XX Yes ☐ No

Does the attorney of record have a Court of Federal Claims ECF account? XX Yes ☐ No
If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 2 1 0
Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: T R E
See attached sheet for three-digit codes.

Amount Claimed: $ 78,724,298
Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ☐ Yes XX No
If yes, please note that two copies are necessary.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? XX Yes ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.