ORIGINAL

FILED
SEP 28 2007
U.S. COURT OF FEDERAL CLAIMS

# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY,<br><br>and<br><br>PRINCIPAL FINANCIAL GROUP, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 07-706 T<br><br>NOTICE OF DIRECTLY-RELATED CASE |

Pursuant to RCFC 40.2(a), Plaintiff Principal Life Insurance Company states to the Court:

1. This tax case relating to the taxable years 1997-1998 and arising out of the Complaint filed contemporaneously herewith is directly related to the following earlier-filed tax case involving the taxable years 1995-1996:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 07-6T
(Judge Francis M. Allegra)
(Filed January 4, 2007)

2. Both cases involve the same parties and many of the issues and claims raised in the Complaint filed contemporaneously herewith with resepct to the taxable years 1997-1998 are also present in the earlier-filed case (some of which are sought to be raised therein through Plaintiff's First Motion for Leave to Amend Complaint filed on September 26, 2007, and the proposed First Amendment To Complaint attached thereto). In addition, the Court's decision in the earlier-filed case may give rise to certain carryovers applicable to 1997-1998.

3. One of the issues involved in both the 1995-1996 case and this case, namely, applicability of interest on deferred tax under section 453A of the Internal Revenue Code, was decided by Judge Allegra with respect to the taxable years 1991-1994 in the following earlier-decided case:

Principal Life Insurance Company And Subsidiaries
v.
The United States
No. 02-1278T
70 Fed. Cl. 144 (2006)
(Judge Francis M. Allegra)

4. Plaintiff believes that assignment of this case to Judge Allegra and consolidation of this case with the earlier-filed case, No. 07-6T, will conserve judicial resources and promote efficient determination in both cases.

Date: September 27, 2007.

Bruce Graves AT0002945
Brown, Winick, Graves, Gross,
Baskerville and Schoenebaum, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515/242-2400
Facsimile: 515/283-0231
E-mail: *graves@brownwinick.com*

ATTORNEY FOR PLAINTIFFS,
PRINCIPAL LIFE INSURANCE
COMPANY and
PRINCIPAL FINANCIAL GROUP, INC.