# In The United States Court of Federal Claims

No. 07-706T

(Filed: November 27, 2007)

PRINCIPAL LIFE INSURANCE COMPANY AND SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On September 28, 2007, the complaint was filed in this case. On November 26, 2007, defendant filed a motion for extension of time to file its response. The motion is hereby **GRANTED**. Accordingly, on or before January 25, 2008, the defendant shall file its response.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge