IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY and PRINCIPAL FINANCIAL GROUP, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | NO. 1:07-cv-00706-FMA<br><br>(Hon. Francis M. Allegra)<br><br>CORPORATE DISCLOSURE STATEMENT BY PLAINTIFFS |

Pursuant to RCFC 7.1, Plaintiffs Principal Life Insurance Company and Principal Financial Group, Inc. provide the following corporate disclosure statement to the Court:

1. Plaintiff Principal Life Insurance Company is a wholly-owned subsidiary of Principal Financial Services, Inc.

2. Principal Financial Services, Inc. is a wholly-owned subsidiary of Plaintiff Principal Financial Group, Inc., a publicly held company.

February 14, 2008.

*/s/ Bruce B. Graves*

Bruce B. Graves, AT0002945 (Iowa)

BROWN, WINICK, GRAVES, GROSS,
BASKERVILLE & SCHOENEBAUM, P.L.C.
666 Grand Avenue, Suite 2000
Des Moines, IA 50309-2510
Telephone: 515-242-2400
Facsimile: 515-283-0231

ATTORNEYS FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 14, 2008 a true copy of the foregoing instrument was served upon each of the attorneys of record for all parties to the above-entitled cause as follows:

Parties served by electronic means:

Mary M. Abate
U.S. Dept. of Justice, Tax Div.
Email: mary.m.abate@usdoj.gov

/s/ *Bruce B. Graves*
Bruce B. Graves