IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY AND PRINCIPAL FINANCIAL GROUP, INC. | ) |
| Plaintiffs, | ) |
| | ) No. 07-706 T |
| v. | ) Judge Francis M. Allegra |
| UNITED STATES, | ) |
| Defendant. | ) |

NOTICE OF APPEARANCE

Please enter the appearance of Bart D. Jeffress, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows (unless filed electronically):

Bart D. Jeffress, Esq.
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044

s/ Bart D. Jeffress
BART D. JEFFRESS
Justice Department (Tax)
Court of Federal Claims Section
(202) 307-6496
Fax: (202) 514-9440

March 6, 2008